AO 247 (Rev. 11/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)         Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Gerardo Ramos-Meza | ) | Case No:   1:09-CR-140-03 |
|  | ) | USM No:   04962-061 |
| Date of Original Judgment:   08-17-2010 | ) | |
| Date of Previous Amended Judgment: | ) | Gordon G. Hobson, Esq. |
| *(Use Date of Last Amended Judgment if Any)* |  | Defendant's Attorney |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  X  the defendant  ☐  the Director of the Bureau of Prisons  ☐  the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.    X GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of    163 months    months **is reduced to**    130 months    .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   08-17-2010   shall remain in effect.
**IT IS SO ORDERED.**

Order Date:    March 16, 2015

Judge's signature

Effective Date:   November 1, 2015              Sandra S. Beckwith, Senior District Judge
*(if different from order date)*                    Printed name and title